## LEAGUE OF WILDERNESS DEFEND-ERS/BLUE MOUNTAINS BIODI-VERSITY PROJECT; et al., Plaintiffs–Appellants,

v.

## UNITED STATES FOREST SERVICE, Defendant–Appellee,

Boise Building Solutions Manufacturing, LLC, a Delaware limited liability company; et al., Defendant–Intervenors–Appellees.

No. 05–35960.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 10, 2006.

Submission Vacated Sept. 27, 2006.

Resubmitted Sept. 11, 2007.

Stephanie M. Parent, Esq., Portland, OR, for Plaintiffs–Appellants.

---

\* This disposition is not appropriate for publication and is not precedent except as provided

---

Lane McFadden, Esq., Brian C. Toth, Esq., DOJ–U.S. Department of Justice, Environment & Natural Resources Division, Washington, DC, Karin J. Immergut, Esq., USPO–Office of the U.S. Attorney, Portland, OR, for Defendant–Appellee.

Scott W. Horngren, Esq., Julie A. Weis, Esq., Haglund Kirtley Kelley Horngren & Jones, LLP, Portland, OR, for Defendant–Intervenors–Appellees.

Before: BRUNETTI, TASHIMA, and PAEZ, Circuit Judges.

## ORDER \*

In light of the Government's response that the Butte and Booth Fire Salvage Timber Sales contracts have been cancelled and that logging operations in the relevant areas have ceased permanently, it appears that the need for a preliminary injunction to enjoin implementation of the B & B Project has been rendered moot. We therefore vacate the injunction pending appeal. We also vacate the district court's denial of Plaintiffs' motion for a preliminary injunction and remand the case to district court to determine whether, in fact, the need for a preliminary injunction is moot. If the issue is not moot, the district court is to determine whether, under *Oregon Natural Resources Council Fund v. Brong,* 492 F.3d 1120 (9th Cir.2007), and *Lands Council v. McNair,* 494 F.3d 771 (9th Cir.2007), Plaintiffs are entitled to preliminary injunctive relief.

by Ninth Cir. R. 36–3.

The parties shall bear their own costs on appeal.

**VACATED.**

